■ The People of the State of New York, Respondent, v Richard Little, Appellant. [618 NYS2d 532] —Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered April 28, 1993, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him to a term of 2½ to 7½ years, unanimously affirmed.

Viewing the evidence in a light most favorable to the prosecution, and giving it the benefit of every reasonable inference *(see, People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932), we find that the evidence was sufficient as a matter of law to support the verdict finding defendant guilty beyond a reasonable doubt of robbery in the second degree. Further, upon an independent review of the facts, we find that the verdict was not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490). The issues raised by defendant concerning the credibility of prosecution witnesses, including those that arose from testimony concerning defendant's use of force in a contemporaneous effort to retain stolen goods *(see, e.g., People v White,* 160 AD2d 970, *lv denied* 76 NY2d 798), were properly placed before the jury and we find no reason on the record before us to disturb its determination. Concur—Ellerin, J. P., Rubin, Nardelli and Williams, JJ.